IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK COOPER, #180136,<br>DON MARTIN, #184335,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUIS BOYD, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05-CV-982-D |

**O R D E R**

The plaintiffs filed this 42 U.S.C. § 1983 action challenging actions taken against them during their confinement at the Bullock County Correctional Facility. Although both inmates signed the complaint, they each submitted a separate package to this court containing a copy of the complaint. In the above-styled cause of action, the package contained an application from inmate Don Martin for leave to proceed *in forma pauperis* in accordance with the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, it is

ORDERED that Roderick Cooper be stricken from the docket as a plaintiff in this cause of action.

Done this  17th  day of October, 2005.

                                             **/s/ Delores R. Boyd**
                                             DELORES R. BOYD
                                             UNITED STATES MAGISTRATE JUDGE