| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) / C. Date of Delivery<br>[Thompson] / 10/14/05 |
| 1. Article Addressed to:<br>Louis Boyd<br>Deputy Warden<br>c/o Bullock County Correctional Fac<br>P. O. Box 5107<br>Union Springs, AL 36089<br><br>05cw982 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 0149 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540