**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sylvester Nettles
    Captain
    c/o Bullock County Correctional Fac
    P. O. Box 5107
    Union Springs, AL 36089

    05cv982-Only

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X [signature]                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
    S Johnson                        10/19/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 0125

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540