IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MARTIN, #184335, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv982-D |
| | ) |
| LOUIS BOYD, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Don Martin's Objection, filed November 14, 2005 (Doc. No. 10), it is ORDERED that said Objection be and the same is hereby OVERRULED as untimely and on the ground that the order to which Plaintiff objects is neither clearly erroneous nor contrary to law.  See Fed. R. Civ. P. 72(a).

DONE this 16th day of November, 2005.

                        /s/ Ira DeMent
                        SENIOR UNITED STATES DISTRICT JUDGE